IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC HOUSTON,
    Plaintiff,

vs.                                            Case No.  3:14cv381/LAC/EMT

JOHN MCCULLAH, et al.,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 19, 2014 (doc. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

      Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     The clerk of court shall transfer this case to the United States District Court for the Middle District of Pennsylvania, and close the file in this case.

      **DONE AND ORDERED** this 23rd day of September, 2014.


                                                  s/*L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**